| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mount Hope MBC Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Mount Hope Missionary Baptist Church Management & Development, LLC;**<br>**Mt. Hope Missionary Baptist Church Management & Development; Mount Hope Property Management;**<br>**Mount Hope Management;** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **56-2498793** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State):<br>**6034 South Princeton Avenue**<br>**Chicago, Il**<br>ZIP CODE **60621-3360** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

**6034 South Princeton, Chicago, Il**
**4520-26 South Drexel, Chicago, Il**
**247,253 and 255 West 60th Place Chicag**    ZIP CODE **o, Il**

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

---

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

---

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mount Hope MBC Management, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X   Not Applicable</b><br>_____<br>Signature of Attorney for Debtor(s)      Date</td>
</tr>
</table>

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Mount Hope MBC Management, LLC**

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Debtor

X **Not Applicable**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Joint Debtor

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Telephone Number (If not represented by attorney)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Signature of Foreign Representative)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Printed Name of Foreign Representative)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

---

### Signature of Attorney

X **/s/Karen J. Porter**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Attorney for Debtor(s)

**Karen J. Porter  Bar No.  6188626**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name of Attorney for Debtor(s) / Bar No.

**Porter Law Network**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm Name

**230 West Monroe Suite 240**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Address

**Chicago, IL 60606**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**312-372-4400           312-372-4160**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Telephone Number

**11/11/2008**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name and title, if any, of Bankruptcy Petition Preparer

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Address

X **Not Applicable**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Julius Rawls**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Authorized Individual

**Julius Rawls**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed Name of Authorized Individual

**Sole Member of LLC**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Title of Authorized Individual

**11/11/2008**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

## United States Bankruptcy Court

### Northern District of Illinois

#### Eastern Division

In re:

Case No. _____

Chapter    **11**

**Mount Hope MBC Management, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Julius L. Rawls**, declare under penalty of perjury that I am the **Sole Member and Manager** of **Mount Hope MBC Management, LLC,** a **Illinois** Corporation and that on **10/22/2008** the following resolution was duly adopted by the **Julius L. Rawls** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Julius Rawls**, **Sole Member of LLC** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Julius Rawls**, **Sole Member of LLC** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Julius Rawls**, **Sole Member of LLC** of this Corporation, is authorized and directed to employ **Karen J. Porter**, attorney and the law firm of **Porter Law Network** to represent the Corporation in such bankruptcy case."

Executed on:  **11/11/2008**_____

Signed:   **/s/ Julius Rawls**_____
**Julius L.  Rawls**

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois
#### Eastern Division

In re **Mount Hope MBC Management, LLC** _____ , Case No. _____

Debtor

Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Freeborn & Peters**<br>**311 South Wacker**<br>**Suite 3000**<br>**Chicago, Il 60606** | | | | **$86,000.00** |
| **Foulston Siefkin LLP**<br>**1551 N. Waterfront Parkway**<br>**Suite 100**<br>**Wichita, Kansas 67206-446** | | | | **$78,742.45** |
| **People's Gas**<br>**130 E. Randolph, 14th Floor**<br>**Attn: Bankruptcy**<br>**Chicago, IL 60601** | | | | **$62,241.67** |
| **People's Gas**<br>**130 E. Randolph, 14th Floor**<br>**Attn: Bankruptcy**<br>**Chicago, IL 60601** | | | | **$26,549.95** |
| **Powers and Sons Construction**<br>**2636 West 15th Avenue**<br>**Gary, Indiana 46404** | | | | **$10,000.00** |
| **G.G's Tuckpointing, Inc.**<br>**48 Pulaski Road**<br>**Calumet City, IL 60409** | | | | **$7,600.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Mount Hope MBC Management, LLC** _____ , Case No. _____

Debtor    Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Wexler & Wexler**<br>**500 W. Madison**<br>**Chicago, IL 60661** | | | | **$7,507.29** |
| **City of Chicago**<br>**Department of Water Management**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330** | | | | **$7,255.49** |
| **Annointed Hands**<br>**8050 S. Throop**<br>**Chicago, IL 60620** | | | | **$3,005.00** |
| **Benford Brown & Assoc.**<br>**P.O. Box 845**<br>**Bolingbrook IL 60440** | | | | **$2,362.50** |
| **National Action Financial Services**<br>**P.O. Box 9027**<br>**Williamsville, NY 14231-9027** | | | | **$2,043.06** |
| **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland OH 44114** | | | | **$2,043.06** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Mount Hope MBC Management, LLC** _____ ,  Case No. _____

                                    Debtor                          Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **PLS Financial**<br>**300 N. Elizabeth 4E**<br>**Chicago, IL 60607** | | | | **$1,995.00** |
| **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0002** | | | | **$1.342.21** |
| **Allied Waste Services**<br>**2608 South Damen**<br>**Chicago, IL 60608** | | | | **$889.52** |
| **AT&T**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | | | | **$645.99** |
| **Screening Reports**<br>**729 N. Route 83 #321**<br>**Bensenville, IL 60106** | | | | **$590.00** |
| **City of Chicago**<br>**Department of Revenue**<br>**8212 Innovation Way**<br>**Chicago, IL 60682-0082** | | | | **$550.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Mount Hope MBC Management, LLC**                                  ,   Case No. _____
                                    Debtor                                       Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| **Orkin Pest Control**<br>**4161 B 166th St.**<br>**Oak Forest, IL 60452-4626** | | | | **$525.00** |
| **City of Chicago**<br>**Department of Revenue**<br>**8108 Innovation Way**<br>**Chicago, IL 60682** | | | | **$490.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Julius Rawls, Sole Member of LLC of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **11/11/2008** _____          Signature:   **/s/ Julius Rawls** _____

                                                     **Julius Rawls ,Sole Member of LLC** _____
                                                     (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**Karen J. Porter   6188626**
**Porter Law Network**
**230 West Monroe**
**Suite 240**
**Chicago, IL 60606**

**312-372-4400**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In Re:
Debtor: **Mount Hope MBC Management, LLC**
Social Security Number:  **56-2498793**

Case No:

Chapter  **11**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Allied Waste Services**<br>**2608 South Damen**<br>**Chicago, IL 60608** | **Unsecured Claims** | **$   889.52** |
| 2.  **ALSJ, Inc.**<br>**Hauselman & Rappin**<br>**39 South LaSalle**<br>**Chicago, IL 60603** | **Secured Claims** | **$     0.00** |
| 3.  **Annointed Hands**<br>**8050 S. Throop**<br>**Chicago, IL 60620** | **Unsecured Claims** | **$  3,005.00** |
| 4.  **ASJL, Inc.**<br>**6603 West Beckwith Road**<br>**Morton Grove, II 60053** | **Secured Claims** | **$ 137,000.00** |
| 5.  **AT&T**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$   645.99** |

In re:  **Mount Hope MBC Management, LLC**                    Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Benford Brown & Assoc.**<br>**P.O. Box 845**<br>**Bolingbrook IL 60440** | **Unsecured Claims** | **$ 2,362.50** |
| 7. | **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland OH 44114** | **Unsecured Claims** | **$ 2,043.06** |
| 8. | **City of Chicago**<br>**Department of Revenue**<br>**8212 Innovation Way**<br>**Chicago, IL 60682-0082** | **Unsecured Claims** | **$ 550.00** |
| 9. | **City of Chicago**<br>**Department of Water Management**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330** | **Unsecured Claims** | **$ 7,255.49** |
| 10. | **City of Chicago**<br>**Law Department**<br>**121 North LaSalle Street, Suite 1111**<br>**Chicago, IL 60602** | **Unsecured Claims** | **$ 0.00** |
| 11. | **City of Chicago**<br>**Department of Revenue**<br>**8108 Innovation Way**<br>**Chicago, IL 60682** | **Unsecured Claims** | **$ 490.00** |
| 12. | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL  60668-0002** | **Unsecured Claims** | **$ 1,342.21** |
| 13. | **Cook County Collector**<br>**118 North Clark, 4th Floor**<br>**Chicago, IL 60602** | **Secured Claims** | **$ 4,294.33** |
| 14. | **Foulston Siefkin LLP**<br>**1551 N. Waterfront Parkway**<br>**Suite 100**<br>**Wichita, Kansas 67206-446** | **Unsecured Claims** | **$ 78,742.45** |

In re:    **Mount Hope MBC Management, LLC**                                    Case No. _____

| 15 . | **Freeborn & Peters**<br>**311 South Wacker**<br>**Suite 3000**<br>**Chicago, Il 60606** | **Unsecured Claims** | **$ 86,000.00** |
|---|---|---|---|
| 16 . | **G.G's Tuckpointing, Inc.**<br>**48 Pulaski Road**<br>**Calumet City, IL 60409** | **Unsecured Claims** | **$ 7,600.00** |
| 17 . | **National Action Financial Services**<br>**P.O. Box 9027**<br>**Williamsville, NY 14231-9027** | **Unsecured Claims** | **$ 2,043.06** |
| 18 . | **Orkin Pest Control**<br>**4161 B 166th St.**<br>**Oak Forest, IL 60452-4626** | **Unsecured Claims** | **$ 525.00** |
| 19 . | **Paychex**<br>**1000 Warrenville Rd**<br>**Suite 200**<br>**Naperville, IL 60563** | **Unsecured Claims** | **$ 162.87** |
| 20 . | **People's Gas**<br>**130 E. Randolph, 14th Floor**<br>**Attn: Bankruptcy**<br>**Chicago, IL 60601** | **Unsecured Claims** | **$ 26,549.95** |
| 21 . | **People's Gas**<br>**130 E. Randolph, 14th Floor**<br>**Attn: Bankruptcy**<br>**Chicago, IL 60601** | **Unsecured Claims** | **$ 62,241.67** |
| 22 . | **PLS Financial**<br>**300 N. Elizabeth 4E**<br>**Chicago, IL 60607** | **Unsecured Claims** | **$ 1,995.00** |
| 23 . | **Powers and Sons Construction**<br>**2636 West 15th Avenue**<br>**Gary, Indiana 46404** | **Unsecured Claims** | **$ 10,000.00** |

In re:  **Mount Hope MBC Management, LLC**                                    Case No. _____

| | | | |
|---|---|---|---|
| 24. | **RSW**<br>**Ashman & Stein**<br>**150 N. Wacker Dr.**<br>**Suite 3000**<br>**Chicago, IL 60606** | **Secured Claims** | **$    0.00** |
| 25. | **RZW**<br>**3924 West Devon**<br>**Suite 100**<br>**Lincolnwood, IL 60712** | **Secured Claims** | **$    0.00** |
| 26. | **Screening Reports**<br>**729 N. Route 83 #321**<br>**Bensenville, IL 60106** | **Unsecured Claims** | **$   590.00** |
| 27. | **Wexler & Wexler**<br>**500 W. Madison**<br>**Chicago, IL 60661** | **Unsecured Claims** | **$  7,507.29** |

In re:   **Mount Hope MBC Management, LLC**                    Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **Mount Hope MBC Management, LLC** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true to
the best of my information and belief.

Signature:   **/s/ Julius Rawls** _____

**Mount Hope MBC Management, LLC**

Dated:   **11/11/2008** _____

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re:  **Mount Hope MBC Management, LLC**                                   Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Julius L. Rawls**<br>**4800 South Chicago Beach Drive**<br>**Chicago, Il 60615** | | | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Julius Rawls**, **Sole Member of LLC** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>11/11/2008</u>                          <u>/s/ Julius Rawls</u>

**Julius Rawls ,Sole Member of LLC**

Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:    **Mount Hope MBC Management, LLC**

Case No. _____

Debtor

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $          **11,500.00**

    Prior to the filing of this statement I have received                          $           **4,000.00**

    Balance Due                                                                    $           **7,500.00**

2. The source of compensation paid to me was:

    ☐ Debtor            ☑ Other (specify)        **Sandra Rawls**
                                                  **Julius Rawls**

3. The source of compensation to be paid to me is:

    ☐ Debtor            ☑ Other (specify)        **Sandra Rawls**
                                                  **Julius Rawls**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)    [Other provisions as needed]
          **The filing fee has been paid**
          **The final compensation will be the amount awarded by the court after the presentation of fee applications**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __11/11/2008__

__/s/Karen J. Porter__
**Karen J. Porter, Bar No.  6188626**

**Porter Law Network**
Attorney for Debtor(s)